CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
Mike Birrer (Texas Bar No. 00783662)
mbirrer@ccsb.com
(*Pro Hac Vice Pending*)
Jordan R. Brownlow (Texas Bar No. 24120729)
jbrownlow@ccsb.com
(*Pro Hac Vice Pending*)
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: 214-855-3000
Facsimile: 214-580-2641

DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916-444-1000
Facsimile: 916-444-2100

Attorneys for Defendant
MARTIN MARIETTA MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTEN SHWIYHAT, on behalf of himself,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF TRICIA REEDY IN SUPPORT OF DEFENDANT MARTIN MARIETTA MATERIALS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT** |

**DECLARATION OF TRICIA REEDY**

1. My name is Tricia Reedy. I am a Human Resources Manager for Martin Marietta Materials, Inc.'s Pacific Region. I previously served as a Human Resources Manager for Lehigh Hanson's West Region, which Martin Marietta acquired in or about October 2021. Martin Marietta became the employer for the West Region hourly employees (including Austen Shwiyhat) on May 1, 2022.

2. I am competent to make this Declaration. Through my personal experience and my job position at Lehigh and Martin Marietta, I have personal knowledge of the facts stated herein, which are true and correct.

3. Based on payroll records, Austen Shwiyhat started his employment (with Lehigh Hanson West Region) on March 31, 2021, and his gross wages deposited in 2021 totaled $50,679.99. Based on payroll records, Shwiyhat's gross wages paid by Lehigh Hanson in 2022 totaled $22,438.64. Martin Marietta became Shwiyhat's employer on or around May 1, 2022. Based on payroll records, Shwiyhat's gross wages from May 1, 2022, to July 10, 2022 totaled $14,824.76.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

T Reedy

Tricia Reedy

Executed on December 3rd, 2024.