1  CARRINGTON, COLEMAN,
   SLOMAN & BLUMENTHAL, L.L.P.
2  Mike Birrer (Texas Bar No. 00783662)
   mbirrer@ccsb.com
3  (*Admitted Pro Hac Vice*)
   Jordan Brownlow Perry (Texas Bar No. 24120729)
4  jperry@ccsb.com
   (*Admitted Pro Hac Vice*)
5  901 Main Street, Suite 5500
   Dallas, Texas 75202
6  Telephone:     214-855-3000
   Facsimile:     214-580-2641
7
   DOWNEY BRAND LLP
8  CASSANDRA M. FERRANNINI (Bar No. 204277)
   cferrannini@downeybrand.com
9  DARIA A. GOSSETT (Bar No. 316717)
   dgossett@downeybrand.com
10 621 Capitol Mall, 18th Floor
   Sacramento, California 95814
11 Telephone:     916-444-1000
   Facsimile:     916-444-2100
12
   Attorneys for Defendant
13 MARTIN MARIETTA MATERIALS, INC.

14 **ILG Legal Office, P.C.**
   Stephen Noel Ilg (SBN 275599)
15 Nicolas Jupillat (SBN 335559)
   156 South Spruce Avenue, Ste 206A
16 South San Francisco, CA 94080
   Tel:     (415) 580-2574
17 Fax:    (415) 735-3454
   Email: silg@ilglegal.com
18 Email: njupillat@ilglegal.com

19 Attorneys for Plaintiff AUSTEN SHWIYHAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTEN SHWIYHAT, on behalf of himself, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 24-CV-08815-RS <br><br> **JOINT STIPULATION OF DISMISSAL** <br><br> Original Complaint: October 21, 2024 <br> Removal: December 26, 2024 |

Case No. 24-CV-08815-RS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Austen Shwiyhat and Defendant Martin Marietta Materials, Inc. (collectively, the "Parties") jointly submit this Stipulation of Dismissal, and respectfully request that the Court dismiss this case with prejudice. Each side will bear its own costs.

DATED: October 14, 2025

CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.

By:  /s/ *Mike Birrer*
MIKE BIRRER
Attorneys for Defendant
MARTIN MARIETTA MATERIALS, INC.

Dated: October 14, 2025

ILG LEGAL OFFICE, P.C.

By   /s/  Stephen Noel Ilg

Stephen Noel Ilg
Nicolas Jupillat
Attorneys for Plaintiff
Austen Shwiyhat

IT IS HEREBY ORDERED THAT, good cuase showing Plaintiff AUSTEN SHWIYHAT and Defendant MARTIN MARIETTA MATERIALS, INC., joint request for this Court to enter a dismissal with prejudice as to Plaintiff's claims in their entirety, is GRANTED in full. Each Party shall bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: October 14, 2025

By: _____
JUDGE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE